**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
DAVID SMITH and               :
KIMBERLY SMITH,               :
                              :
     Plaintiffs,              :
                              :
v.                            :   CIV. NO. 3:03CV00143(AWT)
                              :
PAUL DAVID WOOSLEY,           :
                              :
     Defendant.               :
                              :
------------------------------x
```

**ENDORSEMENT ORDER**

Defendant's Motion to Vacate Portion of Permanent Injunction Order Regarding Adoption Decree Pursuant to Fed. R. Civ. P. 60(b)(4) (Doc. No. 22) is hereby DENIED without prejudice to renewal after a decision is issued by the U.S. Court of Appeals for the Second Circuit.

It is so ordered.

Dated this 4th day of March, 2004, at Hartford, Connecticut.

                                                      /s/
                                        Alvin W. Thompson
                                United States District Judge