**MANDATE**

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

DCCT/NHCT
03 cv 143
Thompson

## JUDGMENT

U.S. DIST
NEW H

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 4th day of March, two thousand and five.

Before:    Hon. Jon O. Newman,
           Hon. Joseph M. McLaughlin,
           Hon. Rosemary S. Pooler,
                        *Circuit Judges*

Docket No. 03-9198

FILED
MAR 04 2005
Roseann B. MacKechnie, CLERK
UNITED STATES COURT OF APPEALS
SECOND CIRCUIT



DAVID SMITH and KIMBERLY SMITH,

                        *Plaintiffs-Appellees,*

- v -

PAUL DAVID WOOSLEY,

                        *Defendant-Appellant.*

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and it hereby is AFFIRMED, as modified in accordance with the opinion of this Court.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by
DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by
Arthur M. Heller
Motions Staff Attorney

- ISSUED AS MANDATE : 5/31/05 -