UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------X
DAVID SMITH and
KIMBERLY SMITH,                   :

       Plaintiffs,              :         3: 03 CV 0143 (AWT)

- against -                                :

PAUL DAVID WOOSLEY,           :

       Defendant.               :
                                                   February 7, 2006
------------------------------------------------X

**MOTION FOR CIVIL CONTEMPT ORDER
AND APPOINTMENT OF CRIMINAL PROSECUTOR
PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 42**

Plaintiffs, DAVID SMITH and KIMBERLY SMITH, move for an order holding the Defendant, Paul David Woosley, in civil contempt and appointing a criminal prosecutor pursuant to Federal Rule of Criminal Procedure 42, for his willful violation of the Permanent Injunction Order dated February 28, 2003, as amended by the United States Court of Appeals for the Second Circuit by decision dated March 4, 2003. Plaintiffs also move for sanctions in the form of their attorney's fees incurred in relation to this motion.

                                                 The Plaintiffs,
                                                 DAVID and KIMBERLY SMITH

                           By: _____
                                 Patrick F. Lennon (CT 11950)
                                 TISDALE & LENNON, LLC
                                 10 Spruce Street
                                 Southport, CT 06490
                                 (203) 254-8474

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Motion for Sanctions has been sent via first class mail, postage prepaid 7th day of February 2006, to the following litigant of record:

Paul David Woosley
1 Rohr Drive
Doylestown, PA 18901-4439

                                                  Patrick F. Lennon