UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------X
DAVID SMITH and
KIMBERLY SMITH,          :

      Plaintiffs,   :   3: 03 CV 0143 (AWT)

- against -                :

PAUL DAVID WOOSLEY,      :   February 7, 2006

      Defendant.    :
----------------------------------------X

**DECLARATION OF PATRICK F. LENNON
IN SUPPORT OF PLAINTIFFS'
MOTION FOR CIVIL CONTEMPT ORDER
AND APPOINTMENT OF CRIMINAL PROSECUTOR
<u>PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 42</u>**

Patrick F. Lennon declares under penalty of perjury of the laws of the United States of America as follows:

1. I am partner with the law firm Tisdale & Lennon, LLC, counsel to the Plaintiffs herein, David Smith and Kimberly Smith. I have personal knowledge of the matters stated herein. I submit this Declaration in Support of Plaintiffs' Motion for Civil Contempt Order and Appointment of Criminal Prosecutor Pursuant to Federal Rule of Criminal Procedure 42.

2. A copy of this Court's Permanent Injunction Order dated February 28, 2003 is annexed hereto as Exhibit "1."

3. A copy of the Decision of the Second Circuit Court of Appeals affirming the Permanent Injunction Order with Modification dated March 4, 2005 is annexed hereto as Exhibit "2."

4. A copy of the "Brief of the Plaintiff-Appellant" submitted by the Defendant to the Connecticut Appellate Court is annexed hereto as Exhibit "3."

5. On or about November 22, 2005 I began receiving copies of Mr. Woosley's filings with the Connecticut Appellate Court relating to his appeal to the Connecticut Appellate Court stemming from his habeas corpus petition that was denied by the Bridgeport Superior Court. That same day I spoke with Ms. Jeanne Dullea, a clerk assigned to Mr. Woosley's appeal to the Connecticut Appellate Court. Ms. Dullea advised me that Mr. Woosley had asserted to her that he was not required to provide notice to the Smiths of his habeas corpus petition or the appeal of the denial of the petition to the Connecticut Appellate Court. Ms. Dullea indicated to me that she had required Mr. Woosley to provide to the Smiths notice and copies of his filings in the Connecticut Appellate Court and that was the reason I began receiving copies of his filings therein.

6. While preparing to file the present Motion, I reviewed the Pacer system for the District of Connecticut and learned that on or about May 2, 2005 Mr. Woosley commenced an action in this Court entitled "Woosley v. Superior Court," bearing docket number 3:05-CV-704 (AVC) naming as defendants the Bridgeport Superior Court and "unnamed prosecutors" alleging deprivation of his constitutional rights stemming from the denial of his habeas corpus petition, etc. A copy of the docket entries from that action are annexed hereto as Exhibit "4." Judge Covello dismissed the case without prejudice on October 21, 2005.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 7, 2006.

_____
Patrick F. Lennon

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Declaration of Patrick F. Lennon has been sent via first class mail, postage prepaid 7th day of February 2006, to the following litigant of record:

Paul David Woosley
1 Rohr Drive
Doylestown, PA 18901-4439

_____
Patrick F. Lennon

3