# EXHIBIT 4

CLOSED, PROSE

**U.S. District Court**
**District of Connecticut (New Haven)**
**CIVIL DOCKET FOR CASE #: 3:05-cv-00704-AVC**

Woosley v. Superior Court et al
Assigned to: Judge Alfred V. Covello
Cause: No cause code entered

Date Filed: 05/02/2005
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Paul David Woosley** represented by **Paul David Woosley**
1 Rohr Dr.
Doylestown, PA 18901-4439
215-348-7113
PRO SE

V.

**Defendant**

**Superior Court**
*of Fairfield at Bridgeport*

**Defendant**

**Unnamed Prosecutors**
*of Fairfield County Superior Court of Fairfield at Bridgeport*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2005 | 1 | COMPLAINT against Superior Court, Unnamed Prosecutors ( Filing fee $ 250 receipt number B010081.), filed by Paul David Woosley. (Kolesnikoff, D.) (Entered: 05/04/2005) |
| 05/02/2005 | 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 8/2/05. Amended Pleadings due by 7/1/2005. Discovery due by 11/1/2005. Dispositive Motions due by 12/1/2005. Signed by Clerk on 5/2/05. (Kolesnikoff, D.) (Entered: 05/04/2005) |
| 05/12/2005 | 3 | ORDER OF TRANSFER. Case reassigned to Judge Alfred V. Covello for all further proceedings. Signed by Judge Warren W. Eginton on 5/12/2005. (Sanders, C.) (Entered: 05/13/2005) |
| 08/24/2005 | 4 | MOTION for Extension of Time of 30 days from ruling on this motion to serve complaint or to Stay case for a period of 30 days by Paul David Woosley.Responses due by 9/14/2005 (Montgomery, A.) (Entered: 08/24/2005) |

| | | |
|---|---|---|
| 08/30/2005 | 5 | ORDER denying 4 Motion for Extension of Time, denying 4 Motion to Stay . Signed by Judge Alfred V. Covello on 8/30/05. (Montgomery, A.) (Entered: 08/31/2005) |
| 10/24/2005 | 6 | NOTICE - case dismissed without prejudice . Signed by Judge Alfred V. Covello on 10/21/05. (Gothers, M.) (Entered: 10/26/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/02/2006 16:01:29 | | | |
| **PACER Login:** | tl0085 | **Client Code:** | 1175 |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-00704-AVC |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |