**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
DAVID SMITH and                :
KIMBERLY SMITH,                :
                               :
     Plaintiffs,               :
v.                             :   CIV. NO. 3:03CV00143(AWT)
                               :
PAUL DAVID WOOSLEY,            :
                               :
     Defendant.                :
-------------------------------x
```

## NOTICE TO THE PARTIES

A hearing on the plaintiffs' Motion for Civil Contempt Order and Appointment of Criminal Prosecutor Pursuant to Federal Rule of Criminal Procedure 42 (Doc. No. 30) shall be held on Friday, May 12, 2006, at 2:30 p.m. The parties shall report to the South Courtroom of the Abraham A. Ribicoff Federal Building, United States Courthouse, 450 Main Street, Hartford, Connecticut 06103. Any response by the defendant shall be filed no later than Friday, May 5, 2006 at 4:00 p.m.

It is so ordered.

Dated this 11th day of April, 2006, at Hartford, Connecticut.

/s/Alvin W. Thompson
_____
Alvin W. Thompson
United States District Judge