UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------X
DAVID SMITH and
KIMBERLY SMITH,                :

        Plaintiffs,       :       3: 03 CV 0143 (AWT)

- against -                    :

PAUL DAVID WOOSLEY,            :       May 23, 2006

        Defendant.        :
------------------------------------------X

### SECOND DECLARATION OF PATRICK F. LENNON IN SUPPORT OF PLAINTIFFS' MOTION FOR CIVIL CONTEMPT ORDER AND APPOINTMENT OF CRIMINAL PROSECUTOR PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 42

Patrick F. Lennon declares under penalty of perjury of the laws of the United States of America as follows:

1. I am partner with the law firm Tisdale & Lennon, LLC, counsel to the Plaintiffs herein, David Smith and Kimberly Smith. I have personal knowledge of the matters stated herein. I submit this Declaration in further support of Plaintiffs' Motion for Civil Contempt Order and Appointment of Criminal Prosecutor Pursuant to Federal Rule of Criminal Procedure 42.

2. Annexed hereto as Exhibit "1" is a true copy of the "Reply Brief of the Plaintiff-Appellant" the Defendant, Paul David Woosley, filed with the Appellate Court of the State of Connecticut.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 23, 2006.

_____
Patrick F. Lennon

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Second Declaration of Patrick F. Lennon has been sent via first class mail, postage prepaid 23rd day of May to:

Brian Wiley, Esq.
Penglase Wiley & Benson
50 E. Court Street
Doylestown, PA 18901

_____
Patrick F. Lennon