*Civ. No. 3:03CV00143 (AWT)*

*The Clerk shall docket this document as a "Notice of Compliance with the Court's June 1, 2006 Order to Provide Documentation Demonstrating that Pending State Court Proceedings Have Been Terminated." It is so ordered.*

*Alvin W. Thompson, U.S.D.J.*
*Hartford, CT 6/5/06*

**WITHDRAWAL**

JD-AC-8  Rev. 9-03
Pr. Bk. §§ 63-9, 63-10

**STATE OF CONNECTICUT**
**SUPREME COURT**
**APPELLATE COURT**
*www.jud.state.ct.us*

| COURT | | DOCKET NO. | DATE |
|---|---|---|---|
| ☐ SUPREME | ☒ APPELLATE | AC 26390 | 6-1-2006 |

NAME OF CASE *(First Named Plaintiff and Defendant)*

Paul Woosley    vs.    David Smith, et. al

This appeal/cross-appeal is withdrawn as to:

☒ all parties without costs.

☐ the below-named plaintiff(s) only, without costs

☐ the below-named defendant(s) only, without costs.

By: *Paul Woosley*

Paul Woosley

Type or print name of person signing above

☒ Appellant       ☐ Cross-appellant

Law firm affiliation

This appeal/cross-appeal is withdrawn as a result of:

☐ the settlement conference program *(Pr. Bk. § 63-10)*

☐ some activity BEFORE the case was assigned to the settlement program.

☒ some activity AFTER the settlement program, not related to the settlement program.

**For Office Use Only**

3CV143

# Certification of Service

This is to certify that a true and correct copy of the foregoing WITHDRAWAL of Appellant was delivered or mailed postage prepaid this 1st day of June, 2006 to the Hartford Federal District Court, to the trial judge who rendered a decision which is the subject matter of this appeal and to each counsel of record, as follows:

Honorable Judge Alvin W. Thompson
450 Main Street
Hartford, CT 06103

Honorable Brian T. Fischer, PJ
Judicial District of Fairfield
1061 Main St.
Bridgeport, CT 06604

Amendola & Amendola
1248 Post Road, 3rd Floor
Fairfield, CT 06824

Tisdale & Lennon, LLC
10 Spruce St.
Southport, CT 06890

_Paul Woosley_
by Paul Woosley, Appellant