UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID SMITH AND KIMBERLEY SMITH<br>Plaintiffs | : CIVIL ACTION NO. |
| V. | : 3:03 CV0143 (AWT) |
| PAUL DAVID WOOSLEY<br>Defendant | : JUNE 13, 2006 |

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for:

Paul David Woosley

in addition to the pro se appearance of Paul David Woosley already on file.

The Defendant

By: /s/ Edward G. McAnaney
Edward G. McAnaney
McAnaney & McAnaney
Suffield Village
Suffield, CT 06078
Tel: (860) 668-2000
Federal Bar No: CT 01407

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 14th day of June, 2006 to the following:

Paul David Woosley
1 Rohr Drive
Doylestown, PA 18901


Patrick F. Lennon, Esq.
Tisdale & Lennon, LLC
10 Spruce Street
Southport, CT 06490

_____
Edward G. McAnaney