# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID SMITH<br>AND KIMBERLEY SMITH<br>    Plaintiffs | : | CIVIL ACTION NO. |
| V. | : | 3:03 CV0143 (AWT) |
| PAUL DAVID WOOSLEY<br>    Defendant | : | JUNE 13, 2006 |

## OBJECTION TO MOTION FOR CIVIL CONTEMPT AND APPOINTMENT OF A CRIMINAL PROSECUTOR

The Defendant, Paul David Woosley, for the reasons set forth in the attached memorandum of law, objects to the Plaintiffs' Motion dated February 7, 2006.

The Defendant

By: /s/ Edward G. McAnaney
Edward G. McAnaney
McAnaney & McAnaney
Suffield Village
Suffield, CT 06078
Tel: (860) 668-2000
Federal Bar No: CT 01407

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 14th day of June, 2006 to the following:

Paul David Woosley
1 Rohr Drive
Doylestown, PA 18901

Patrick F. Lennon, Esq.
Tisdale & Lennon, LLC
10 Spruce Street
Southport, CT 06490

Edward G. McAnaney