UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID SMITH AND KIMBERLEY SMITH<br>Plaintiffs | : | CIVIL ACTION NO. 19 |
| V. | : | 3:03 CV0143 (AWT) |
| PAUL DAVID WOOSLEY<br>Defendant | : | JUNE 26, 2006 |

MOTION FOR ENLARGEMENT OF TIME

The Defendant in the above-captioned action moves the Court for an enlargement of time of the date for him to file his Trial Memorandum. Said Trial Memorandum is presently due on July 5, 2006. The undersigned counsel requests this enlargement because he is a sole practitioner and is scheduled to take an out-of-state vacation from June 27, 2006 through July 4, 2006. The Defendant requests a four-week extension of time. Plaintiffs' counsel consents to this motion.

The Defendant

By: /s/ Edward G. McAnaney
Edward G. McAnaney
McAnaney & McAnaney
Suffield Village
Suffield, CT 06078
Tel: (860) 668-2000
Federal Bar No: CT 01407