UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------X
DAVID SMITH and
KIMBERLY SMITH,

        Plaintiffs,                        3:03CV00143 (AWT)

- against -

PAUL DAVID WOOSLEY,

        Defendant.                      August 2, 2006
---------------------------------------------X

## CONSENT MOTION FOR ENLARGMENT OF TIME

    Plaintiffs, David Smith and Kimberly Smith, provide notice to the Court that on August 1, 2006 the parties reached settlement as to all claims and, therefore, move pursuant to Local Civil Rule 7(b) for a thirty-day enlargement of time of the August 2, 2006 deadline to file Trial Memoranda. There is good cause for an extension because it will allow time to execute the settlement agreement, consummate settlement, and file a Stipulation of Dismissal. Defendant consents to this motion. The deadline to file Trial Memoranda has been extended once before by this Court's order dated July 4, 2006.

    WHEREFORE, Plaintiffs respectfully move to extend the deadline to file Trial Memoranda until September 1, 2006.

Dated: Southport, Connecticut
          August 2, 2005

                                    The Plaintiffs,
                                    DAVID SMITH and KIMBERLY SMITH

                                    By: _____
                                    Charles E. Murphy (18784)
                                    TISDALE & LENNON, LLC
                                    10 Spruce Street
                                    Southport, CT 06890
                                    (203) 254-8474, (203) 254-1641 fax
                                    cmurphy@tisdale-lennon.com

## AFFIRMATION OF SERVICE

I hereby certify that on August 2, 2006, a copy of the foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

_____
Charles E. Murphy