UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID SMITH
AND KIMBERLEY SMITH : CIVIL ACTION NO.
    Plaintiffs

                         : 3:03 CV0143 (AWT)
V.

PAUL DAVID WOOSLEY : AUGUST 31, 2006
    Defendant

## MOTION FOR ENLARGEMENT OF TIME

    The Defendant in the above-captioned action moves the Court for an enlargement of time of the date for the parties to file their Trial Memoranda. Said Trial Memoranda are presently due on September 1, 2006. The Defendant requests this enlargement because the parties have resolved their differences and have reduced their agreement to settle to writing but that writing requires execution by the parties who live in Connecticut and Pennsylvania. The Defendant, who travels frequently for his business is often away from home. The Defendant requests an enlargement of time of 11 days until September 11, 2006. Plaintiffs' counsel consents to this motion.

                                          The Defendant

                                          By: /s/ *Edward G. McAnaney*
                                                 Edward G. McAnaney
                                                 McAnaney & McAnaney
                                                 Suffield Village
                                                 Suffield, CT 06078
                                                 Tel: (860) 668-2000
                                                 Federal Bar No: CT 01407

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DAVID SMITH AND KIMBERLEY SMITH  Plaintiffs | : | CIVIL ACTION NO. |
| | : | 3:03 CV0143 (AWT) |
| V. | | |
| PAUL DAVID WOOSLEY  Defendant | : | AUGUST 31, 2006 |

## CERTIFICATION

I hereby certify that on September 5, 2006, a copy of the foregoing Motion for Enlargement of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Edward G. McAnaney*
Edward G. McAnaney