UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------X
DAVID SMITH and
KIMBERLY SMITH,                        :

      Plaintiffs,                    :    3:03-cv-00143 (AWT)

- against -                            :

PAUL DAVID WOOSLEY,                    :

      Defendant.                     :
                                         September 14, 2006
------------------------------------------X

## STIPULATED ORDER RE: CONTEMPT SANCTIONS

WHEREAS, on June 20, 2006 the Court granted Plaintiff's motion for contempt and held Defendant to be in contempt and imposed a sanction in the form of Plaintiffs' attorney's fees and costs in the amount of $7,642.51; and

WHEREAS, on June 20, 2006 Defendant deposited the sum of $7,642.51 in the Court registry; and

WHEREAS, Plaintiffs and Defendant have agreed that the sanctions in the form of Plaintiff's attorney fees and costs in the amount of $7,642.51 is fair and reasonable; and

WHEREAS, Plaintiffs and Defendant have agreed that payment of the contempt sanctions imposed against Defendant may be paid and satisfied by release of the $7,642.51 from the Court registry to Plaintiffs' undersigned counsel;

**WHEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

Upon endorsement of this Stipulated Order by the Court the sum of $7,642.51 shall be paid to Plaintiffs' undersigned counsel from the Court registry, which payment shall be deemed

to satisfy Defendant's obligation to pay sanctions to Plaintiffs in the form of attorney's fees and costs in accordance with the Court's June 20, 2006 contempt order.

The Plaintiffs,

DAVID SMITH and KIMBERLY SMITH

By: _____
Patrick F. Lennon, Esq. (CT – 11950)
TISDALE & LENNON, LLC
10 Spruce Street
Southport, CT 06490
(203) 254-8474
(203) 254-1641 fax



The Defendant,

PAUL DAVID WOOSLEY

By: _____
Edward G. McAnaney, Esq. (CT - 01407)
McAnaney & McAnaney
Suffield Village
68 Bridge Street
Suffield, Connecticut 06078
(860) 668-2000


It is so ordered this ___20th___ day of September 2006.


_____
Alvin W. Thompson
United States District Judge

2