UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

--------------------------------------------X

DAVID SMITH and
KIMBERLY SMITH,                          :

       Plaintiffs,                       :        3:03-cv-00143 (AWT)

- against -                              :

PAUL DAVID WOOSLEY,                      :

       Defendant.                        :
                           September 14, 2006

--------------------------------------------X

## STIPULATED ORDER RE: CONTEMPT SANCTIONS

WHEREAS, on June 20, 2006 the Court granted Plaintiff's motion for contempt and held

Defendant to be in contempt and imposed a sanction in the form of Plaintiffs' attorney's fees and

costs in the amount of $7,642.51; and

WHEREAS, on June 20, 2006 Defendant deposited the sum of $7,642.51 in the Court

registry; and

WHEREAS, Plaintiffs and Defendant have agreed that the sanctions in the form of

Plaintiff's attorney fees and costs in the amount of $7,642.51 is fair and reasonable; and

WHEREAS, Plaintiffs and Defendant have agreed that payment of the contempt

sanctions imposed against Defendant may be paid and satisfied by release of the $7,642.51 from

the Court registry to Plaintiffs' undersigned counsel;

**WHEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

Upon endorsement of this Stipulated Order by the Court the sum of $7,642.51 shall be

paid to Plaintiffs' undersigned counsel from the Court registry, which payment shall be deemed

to satisfy Defendant's obligation to pay sanctions to Plaintiffs in the form of attorney's fees and

costs in accordance with the Court's June 20, 2006 contempt order.

The Plaintiffs,

DAVID SMITH and KIMBERLY SMITH

By: _____

Patrick F. Lennon, Esq. (CT – 11950)
TISDALE & LENNON, LLC
10 Spruce Street
Southport, CT 06490
(203) 254-8474
(203) 254-1641 fax

The Defendant,

PAUL DAVID WOOSLEY

By: _____

Edward G. McAnaney, Esq. (CT - 01407)
McAnaney & McAnaney
Suffield Village
68 Bridge Street
Suffield, Connecticut  06078
(860) 668-2000

It is so ordered this ___20th___ day of September 2006.

_____

Alvin W. Thompson
United States District Judge