UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------------X
DAVID SMITH and                           :
KIMBERLY SMITH,                           :
                                          :
            Plaintiffs,                   :     3:03CV00143 (AWT)
                                          :
      - against -                         :
                                          :
PAUL DAVID WOOSLEY,                       :
                                          :
            Defendant.                    :
                                          :
------------------------------------------X
```

## STIPULATION OF DISMISSAL

**WHEREAS** the parties to the above-captioned case have settled the claims as alleged in the pleadings, and

**WHEREAS** the parties have entered into a written settlement agreement that provides for, *inter alia*, a $30,000.00 settlement to be paid by Defendant, Paul David Woosley ("Defendant"), to Plaintiffs, David Smith and Kimberly Smith (collectively as "Plaintiffs"); and

**WHEREAS** the Plaintiffs and Defendant desire to effect the dismissal of this action pursuant to Fed.R.Civ.P. 41(a)(1)(ii); and

**WHEREAS** on February 28, 2003, this Court issued a Permanent Injunction Order ("Permanent Injunction") enjoining Defendant from litigating specific claims in any forum without leave of this Court, which Permanent Injunction was affirmed, with modification, by the Second Circuit Court of Appeals on March 4, 2005; and

**WHEREAS** the Plaintiffs and Defendant agree that this Court shall retain jurisdiction over matters concerning future enforcement of the Permanent Injunction should the need arise,

*i.e.*, all parties agree that the dismissal of this action pursuant to Fed.R.Civ.P. 41(a)(1)(ii) shall not divest this Court of jurisdiction to enforce the Permanent Injunction; it is hereby

**STIPULATED** that the above-captioned case shall be dismissed, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and that the United States District Court for the District of Connecticut shall retain jurisdiction to enforce the Permanent Injunction notwithstanding the dismissal.

|  |  |
|---|---|
| Plaintiffs, | Defendant, |
| DAVID SMITH and<br>KIMBERLY SMITH | PAUL DAVID WOOSLEY |
| By: *[signature]*<br>Patrick F. Lennon (CT – 11950)<br>TISDALE & LENNON, LLC<br>10 Spruce Street<br>Southport, CT 06890<br>(203) 254-8474<br>(203) 254-1641 fax<br>plennon@tisdale-lennon.com | By: *[signature]*<br>Edward G. McAnaney<br>McANANEY & McANANEY<br>Suffield Village<br>68 Bridge Street<br>Suffield, Connecticut 06078 |

Dated: October ___, 2006

**SO ORDERED**

_____
**ALVIN W. THOMPSON, U.S.D.J.**

2